AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

**FILED**

March 10, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____**Fidel Morales**_____
DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. |
| Defendant 1: Oswald ESPINOZA ) | |
| Defendant 2: Laura Leticia RIVERA-Jimenez ) | **EP:22-M-482-MAT (1,2)** |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 9, 2022_____ in the county of _____El Paso_____ in the _____Western_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(ii) and (a)(1)(B)(ii) | knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Charge #1: Defendant #1 Oswald ESPINOZA
Charge #1: Defendant #2 Laura Leticia RIVERA-Jimenez

☑ Continued on the attached sheet.

Complaint sworn to telephonically on
_____March 10, 2022_____ at ___02:00 PM___ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*

Laura Martinez Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____03/10/2022_____

*Judge's signature*

City and state: _____El Paso, Texas_____

Miguel A. Torres U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

DEFENDANT 1: Oswald ESPINOZA
DEFENDANT 2: Laura Leticia RIVERA-Jimenez

PEPT220335

03/10/2022

FACTS    (CONTINUED)

On March 09, 2022, at approximately 3:20 p.m., El Paso Station agents were advised that a Texas Department of Public Safety (DPS) Officer was requesting assistance on Interstate-10 west bound near mile marker 2 in the Western District of Texas, in reference to a possible alien smuggling scheme. Agents responded to the location to assist.

At about 3:36 p.m., agents arrived on scene and met with the DPS Officer. The DPS Officer advised the agents that he was patrolling Interstate-10 west bound observing traffic when a vehicle quickly approached him from the rear at a high rated speed.  The vehicle then immediately hit the brakes and pulled off to the median as it approached the DPS vehicle. The DPS Officer then stated that he also pulled off to the center median to watch the vehicles actions as it was acting suspicious. The DPS Officer stated that he watched as the driver of the vehicle quickly exited the vehicle and opened the hood. The DPS Officer stated that he was observing the driver of the vehicle from his rear-view mirror with binoculars when he spotted multiple occupants in the vehicle. The DPS Officer stated that the driver of the vehicle was pretending to fix something in his vehicle while staring at the DPS vehicle to see if he had departed the area. After a few minutes, the DPS Officer stated that he observed the driver of the vehicle enter his vehicle and quickly drive back onto Interstate-10 west bound. The DPS Officer stated that he got back onto Interstate-10 west bound and got behind the vehicle to run the plates given his suspicious behavior. The DPS Officer stated that when he ran the temporary license plates on the Chrysler Pacifica, it came back with no results which then led him to believe the plates were fictitious. The DPS Officer stated that he then proceeded to conduct a vehicle stop. The DPS Officer stated that once the vehicle pulled over, he approached the vehicle and engaged the driver of the vehicle, later identified as ESPINOZA, Oswald, DEFENDANT 1. The DPS Officer questioned the driver regarding the fictitious plates and the six passengers in his vehicle. DEFENDANT 1 stated that the person in the passenger seat was his girlfriend, later identified as RIVERA-Jimenez, Laura Leticia, DEFENDANT 2. DEFENDANT 1 also stated that he had just picked up the five passengers in the back and was giving them a ride to Las Cruces, New Mexico. The DPS Officer then contacted his dispatch and requested Border Patrol assistance because he suspected that he had intercepted an alien smuggling scheme.

The agent approached the five backseat passengers and identified herself as a United States Border Patrol Agent and questioned the individuals as to their citizenship. It was determined that all five back seat passengers were citizens and nationals of Mexico, illegally present in the United States.

An agent then approached DEFENDANT 1, identified himself as a United States Border Patrol Agent and questioned DEFENDANT 1 as to his citizenship. DEFENDANT 1 stated that he was a United States citizen. The agent advised DEFENDANT 1 of his Miranda rights. DEFENDANT 1 stated he understood his rights. DEFENDANT 1 voluntarily waived his rights and was willing to speak to agents without having an attorney present.

DEFENDANT 1 stated that he had picked up the five individuals that were in the back of his vehicle today. DEFENDANT 1 stated that he was contacted by a friend and asked to give the five individuals a ride to Las Cruces, New Mexico. DEFENDANT 1 stated that he believed that the five individuals were illegal aliens, and that they were going to Las Cruces, New Mexico to work in the fields. DEFENDANT 1 stated that one of the illegal aliens contacted him via phone and sent him his location. DEFENDANT 1 stated that the illegal alien advised

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

DEFENDANT 1: Oswald ESPINOZA
DEFENDANT 2: Laura Leticia RIVERA-Jimenez

PEPT220335

03/10/2022

FACTS    (CONTINUED)

him that he was going to attempt to get on a freight train to leave El Paso. DEFENDANT 1 stated that he told the illegal alien not to board the freight train, due to the danger of being injured. DEFENDANT 1 stated that he advised the illegal alien that he would pick him up and take him to Las Cruces, New Mexico and help him find a job. DEFENDANT 1 stated that once he arrived to pick up the illegal alien four other individuals got in his vehicle DEFENDANT 1 again stated that he believed that all the individuals were illegal aliens.

The agent believed DEFENDANT 1 was partially telling the truth. DEFENDANT 1 was repeating himself and his story appeared to be out of chronological order. DEFENDANT 1 was placed under arrest for further investigation as to his involvement in the alien smuggling scheme.

Another agent approached DEFENDANT 2.  The agent identified himself as a United States Border Patrol Agent and questioned DEFENDANT 2 as to her citizenship. DEFENDANT 2 stated that she was a citizen of Mexico with a Lawful Permanent Resident Card that allows her to be in and enter the United States. The agent advised DEFENDANT 2 of her Miranda rights. DEFENDANT 2 stated she understood her rights and she voluntarily waived her rights and was willing to speak to agents without having an attorney present.

DEFENDANT 2 stated that she was aware what her and DEFENDANT 1 were doing was illegal. DEFENDANT 2 claimed that she and DEFENDANT 1 had picked up illegal aliens and transported them on at least four other previous occasions. DEFENDANT 2 admitted that they were headed to the Econo Lodge in Las Cruces, New Mexico where they had other illegal aliens being housed in two separate rooms. DEFENDANT 2 also stated that DEFENDANT 1 oversees coordinating alien smuggling schemes, and she would just assist him with whatever was needed.  DEFENDANT 2 was also placed under arrest for further investigation as to her involvement in the alien smuggling scheme.

All individuals were transported to the Paso del Norte Texas Border Patrol Processing and Detention Center

DEFENDANT 1 was further interviewed at PDT. DEFENDANT 1 then stated that he is involved in the movement of illegal aliens. DEFENDANT 1 stated that he is paid about $1,100.00 to transport illegal aliens to either Dallas. Texas or Albuquerque, New Mexico. DEFENDANT 1 stated that depending on which Border Patrol Checkpoint is closed, dictates the route that he takes to transport the illegal aliens. DEFENDANT 1 stated that he uses an application called Trucker App to see which checkpoints are closed. DEFENDANT 1 stated that he has transported approximately 26 illegal aliens. DEFENDANT 1 stated that he works for a Carnal gang member that is imprisoned in El Cereso de Juarez prison. DEFENDANT 1 stated that he was recruited by his friend about three weeks to a month ago. DEFENDANT 1 stated that he is paid cash or through cash app to transport the illegal aliens. DEFENDANT 1 stated that the ledger found in his vehicle contains information pertaining to the movement of illegal aliens. DEFENDANT 1 stated that there are pages in the ledger that document payment and how much he is owed for transporting illegal aliens.

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

DEFENDANT 1: Oswald ESPINOZA
DEFENDANT 2: Laura Leticia RIVERA-Jimenez

PEPT220335

03/10/2022

FACTS    (CONTINUED)

DEFENDANT 2 was further interviewed at PDT.  DEFENDANT 2 stated that she got involved in transporting illegal aliens by her boyfriend, DEFENDANT 1. DEFENDANT 2 stated that she and DEFENDANT 1 work together and she serves as his lookout. DEFENDANT 2 stated that she has been transporting illegal aliens for about three weeks and has 7 illegal aliens stashed at the Econo Lodge Motel in Las Cruces, New Mexico. DEFENDANT 2 advised the agents of the room number where the illegal aliens were being harbored. DEFENDANT 2 stated that she accompanies DEFENDANT 1 whenever he drives the illegal aliens. DEFENDANT 2 stated that she has assisted him in transporting illegal aliens to Dallas, Texas and Albuquerque. New Mexico. DEFENDANT 2 stated that they are paid about $1,100.00 per illegal alien.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

**Immigration History:**
DEFENDANT 1:
USC

DEFENADANT 2:
Lawful Permanent Resident

**Criminal History:**
DEFENDANT 1:
08/11/1995 El Paso, TX Theft of Property/Driving While Intoxicated No Disposition
07/09/2005 Hillsboro, Oregon Assault (M) Convicted 2 Years Probation

DEFENDANT 2:
None