**FILED**

March 10, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Fidel Morales
DEPUTY

United States District Court
Western District of Texas
El Paso Division

|  |  |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Oswald Espinoza (1), and<br>Laura Leticia Rivera-Jimenez (2),<br>Defendants. | EP:22-M-482-MAT (1,2) |

### United States' Motion to Detain Defendants Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendants Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendants have been arrested with a violation of Title 8, United States Code, Section 1324, *Alien Smuggling*. This charge is a deportable offense under immigration law.

2. The Defendant, Oswald Espinoza, is a United States Citizen, however the Defendant has ties to Mexico and, as such, presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge

The Defendant, Laura Leticia Rivera-Jimenez, is a foreign national, and cannot demonstrate sufficient employment, length of residence in the community, or community ties, and, as such, presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

3. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendants at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendants without bail pending the final outcome of this case.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: *Stanley Serwatka*
STANLEY M. SERWATKA
Assistant U.S. Attorney
Texas Bar #18038400
700 E. San Antonio, Suite 200
El Paso, Texas   79901
(915) 534-6884

2